Stephen R. Thomas, ISB No. 2326
Paul D. McFarlane, ISB No. 7093
MOFFATT, THOMAS, BARRETT, ROCK &
        FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
srt@moffatt.com
pdm@moffatt.com
15710.0001

Attorneys for Defendants Boy Scouts of America and
Ore-Ida Council, Inc., Boy Scouts of America

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOM DOE, an individual proceeding under a pseudonym,<br><br>                Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in the State of Oregon; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation sole registered to do business in the State of Oregon; THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation; authorized to do business in Oregon; and ORE-IDA COUNCIL, INC., BOY SCOUTS OF AMERICA, an Idaho non-profit corporation doing business in Oregon,<br><br>                Defendants. | Civil No. 09-351-S-BLW<br><br>**STIPULATED STAY OF CASE PENDING DECISION BY IDAHO SUPREME COURT** |

**STIPULATED STAY OF CASE PENDING
DECISION BY IDAHO SUPREME COURT - 1**

Client:1338149.1

Whereas the present case was filed in Oregon state court, removed to Oregon federal court, then transferred on defendants' motion to Idaho federal court; and

Whereas the present case presents questions of child abuse, and the Idaho statute of limitations governing same, which statute is presently *sub judice* before the Idaho Supreme Court in another case, *John Doe I, John Doe II and Ronald Morgan v. Boy Scouts of America, et al.*, Idaho Supreme Court Docket No. 99605 ("*Morgan*"); and

Whereas *Morgan* is scheduled for oral argument before the Idaho Supreme Court in December 2009; and

Whereas the Supreme Court's decision in *Morgan* may well be instructive, if not dispositive, of issues likely to be presented to this Court in the present case; and

Whereas the parties all agree that, in the interest of economy and judicial efficiency, it makes good sense for this case to be stayed in all formal respects pending final decision of the Idaho Supreme Court in the *Morgan* case; and

Whereas nothing in this Stipulation nor the requested Order of Stay would be intended by the parties to preclude informal voluntary discussions, negotiations or alternative dispute resolution activities, if the parties desire to engage in them.

Now, therefore, the parties hereby stipulate and agree that the captioned lawsuit should be stayed pending final decision of the Idaho Supreme Court of the *Morgan* appeal presently scheduled to be argued in or about December 2009; after a final decision by the Idaho Supreme Court has been issued, the stay will be lifted upon filing of a Notice with this Court indicating that such decision has been issued.

DATED this _21st_ day of _August_, 2009.

> MOFFATT, THOMAS, BARRETT, ROCK &
> FIELDS, CHARTERED
>
>
> By _Stephen R. Thomas_
> Stephen R. Thomas – Of the Firm
> Attorneys for Defendants Boy Scouts of
> America and the Ore-Ida Council, Inc.,
> Boy Scouts of America


DATED this _____ day of _____, 2009.

> O'DONNELL & CLARK LLP
>
>
> By_____
> Kelly W.G. Clark – Of the Firm
> Attorneys for Plaintiff


DATED this _____ day of _____, 2009.

> BANDUCCI WOODARD SCHWARTZMAN, PLLC
>
>
> By_____
> Wade Woodard – Of the Firm
> Attorneys for Defendants Corporation of
> the Presiding Bishop of the Church of Jesus
> Christ of Latter Day Saints and Corporation
> of the President of the Church of Jesus
> Christ of Latter-Day Saints and Successors


**STIPULATED STAY OF CASE PENDING
DECISION BY IDAHO SUPREME COURT - 3**

DATED this _____ day of _____, 2009.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED


By_____
Stephen R. Thomas – Of the Firm
Attorneys for Defendants Boy Scouts of
America and the Ore-Ida Council, Inc.,
Boy Scouts of America


DATED this *18* day of *August*, 2009.

O'DONNELL & CLARK LLP


By_____
Kelly W. G. Clark – Of the Firm
Attorneys for Plaintiff


DATED this _____ day of _____, 2009.

BANDUCCI WOODARD SCHWARTZMAN, PLLC


By_____
Wade Woodard – Of the Firm
Attorneys for Defendants Corporation of
the Presiding Bishop of the Church of Jesus
Christ of Latter Day Saints and Corporation
of the President of the Church of Jesus
Christ of Latter-Day Saints and Successors


**STIPULATED STAY OF CASE PENDING
DECISION BY IDAHO SUPREME COURT - 3**

Client:1338149.1

DATED this _____ day of _____, 2009.

> MOFFATT, THOMAS, BARRETT, ROCK &
> FIELDS, CHARTERED
>
> By_____
> Stephen R. Thomas – Of the Firm
> Attorneys for Defendants Boy Scouts of
> America and the Ore-Ida Council, Inc.,
> Boy Scouts of America

DATED this _____ day of _____, 2009.

> O'DONNELL & CLARK LLP
>
> By_____
> Kelly W.G. Clark – Of the Firm
> Attorneys for Plaintiff

DATED this _20th_ day of _August_, 2009.

> BANDUCCI WOODARD SCHWARTZMAN, PLLC
>
> By_____
> Wade Woodard – Of the Firm
> Attorneys for Defendants Corporation of
> the Presiding Bishop of the Church of Jesus
> Christ of Latter Day Saints and Corporation
> of the President of the Church of Jesus
> Christ of Latter-Day Saints and Successors

**STIPULATED STAY OF CASE PENDING
DECISION BY IDAHO SUPREME COURT - 3**

Client:1338149.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2009, I caused a true and correct copy of the foregoing **STIPULATED STAY OF CASE PENDING DECISION BY IDAHO SUPREME COURT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Kelly W.G. Clark
Peter B. Janci
O'DONNELL & CLARK LLP
1650 NW Naito Parkway, Suite 302
Portland, OR 97209
kellyc@oandc.com
*Attorneys for Plaintiff*

Wade L. Woodard
BANDUCCI WOODARD SCHWARTZMAN, PLLC
802 W. Bannock St., Suite 500
Boise, ID  83702
wwoodard@bwslawgroup.com
*Attorneys for Defendants Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saints and Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors*


        /s/
        _____
        Stephen R. Thomas

**STIPULATED STAY OF CASE PENDING
DECISION BY IDAHO SUPREME COURT – 4**