IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOM DOE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; BOY SCOUTS OF AMERICA; ORE-IDA COUNCIL OF THE BOY SCOUTS OF AMERICA,<br><br>    Defendants. | Case No. 1:09-cv-351-BLW<br><br>**JUDGMENT** |

In accordance with the Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) filed by the parties,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **December 5, 2012**

B. LYNN WINMILL
Chief Judge U.S. District Court

JUDGMENT - 1